IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| SYL JOHNSON a/k/a SYLVESTER THOMPSON and SYL-ZEL MUSIC COMPANY, | : : : : | 11-cv-07276 |
| Plaintiffs, | : : | |
| -against- | : : : | |
| KANYE OMAR WEST, JAY-Z a/k/a SHAWN COREY CARTER, ROC-A-FELLA RECORDS LLC, UNIVERSAL MUSIC GROUP CORP, and ISLAND DEF JAM MUSIC GROUP, | : : : : : | |
| Defendants. | : : | |

---

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, the undersigned counsel for Defendants Roc-A-Fella Records, LLC ("Roc-A-Fella"), UMG Recordings, Inc. (incorrectly sued herein as "Universal Music Group Corp") ("UMG"), The Island Def Jam Music Group, a division of UMG Recordings, Inc. (incorrectly sued herein as "Island Def Jam Music Group") ("Island Def Jam") (collectively, the "Universal Defendants") certify that the following are parent corporations of a party and/or publicly held corporation that owns 5% or more of the stock of a company:

1. The ultimate, indirect parent corporation of the Universal Defendants is Vivendi S.A., a publicly held French company.

Dated: December 15, 2011

Respectfully submitted,

**KANYE OMAR WEST, SHAWN COREY CARTER P/K/A/ JAY-Z, ROC-A-FELLA RECORDS, LLC, UMG RECORDINGS, INC. (incorrectly sued as "UNIVERSAL MUSIC GROUP CORP") AND ISLAND DEF JAM MUSIC GROUP, A Division Of UMG Recordings, Inc.**

By: /s/ Carrie A. Hall
    One of Defendants' Attorneys

Ronald H. Balson (rhbalson@michaelbest.com)
Carrie A. Hall (cahall@michaelbest.com)
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
Phone: 312.222.0800

-and-

Ilene S. Farkas (ifarkas@pryorcashman.com)
  *(pro hac vice admission pending)*
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Phone: 212.421.4100

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that a copy of the foregoing Defendants' Corporate Disclosure Statement was served upon the following counsel via the Court's CM/ECF system on the 15th day of December 2011, before the hour of 5:00 p.m.:

Vernon W. Ford, Jr.
mah@chicagoslegalcafe.com

Mazie A. Harris
mah@chicagoslegalcafe.com

                                              /s/ Carrie A. Hall

028912-0002\10678395.1