**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Syl Johnson, et al.
                              Plaintiff,

v.                                              Case No.: 1:11–cv–07276
                                                          Honorable Ruben Castillo

Kanye Omar West, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 10, 2012:

      MINUTE entry before Honorable Ruben Castillo:The parties are granted leave to proceed with informal discovery to get the relevant information they will need to proceed with the settlement conference on 2/7/2012.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.