**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

Syl Johnson, et al.
                             Plaintiff,

v.                                              Case No.: 1:11−cv−07276
                                                Honorable Ruben Castillo

Kanye Omar West, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 7, 2012:

    MINUTE entry before Honorable Ruben Castillo:Settlement conference held in chambers on 2/7/2012. The parties are requested to fully exhaust all remaining settlement possibilities over the next 30 days. Defendant is specifically requested to make a revised settlement offer, in light of the Court's recommendation, on or before 2/28/2012. The Court will hold a status hearing in open court on 3/8/2012 at 9:45 a.m. to set a full litigation schedule for this case, including a trial date, unless this Court is notified that this case has been settled. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.