**AO 121 (6/90)**

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 |
|---|---|
| **DOCKET NO.** 11-cv-7276 **DATE FILED** 10/14/2011 | |
| **PLAINTIFF:**<br>Syl Johnson a/k/a Sylvester Johnson | **DEFENDANT:**<br>Kanye Omar West et al., |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| E EU 98 | see attachment | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other [ ] Judgment | WRITTEN OPINION<br>ATTACHED [ ] Yes [ ] No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Michael W. Dobbins | **(BY) DEPUTY CLERK**<br>s/ Haydee Pawlowski | **DATE**<br>11/02/2011 |

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number
Eu 9873

In testimony whereof, the seal of this office is affixed hereto on
June 7, 2007



*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

C-731 01/2007—10,000

# Application for Registration of a Claim to Copyright

| CLASS | REGISTRATION NO. |
|---|---|
| E | Eu 9873 |
|  | DO NOT WRITE HERE EP / EU |

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: John Andrew Cameron
Address: 529 E. 89th Place Chicago ILL 60619

Name: John Zachary
Address: 6525 S. Lowe St Chicago ILL

**2. Title:** Different Strokes
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: John Andrew Cameron
Citizenship: U.S.A. X  Other ____
Domiciled in U.S.A. Yes X No ___ Address: 529 E 89th Pl, Chicago
Author of: Words + Music

Name: John Zachary
Citizenship: U.S.A. X  Other ____
Domiciled in U.S.A. Yes X No ___ Address: 6525 S. Lowe Chgo.
Author of: Words

Name: ____
Citizenship: U.S.A. ____  Other ____
Domiciled in U.S.A. Yes ___ No ___ Address: ____
Author of: ____

➤➤ NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄◄

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

_____ (Month)  _____ (Day)  _____ (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

_____

➤➤ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____
Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER: SB

Complete all applicable spaces on next page

8. Send certificate to:

(Type or print name and address)

Name: John Andrew Cameron
Address: 524 E 89th Place
(Number and street)
Chicago  ILL  60619
(City)  (State)  (ZIP code)

9. **Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

John Andrew Cameron
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C — Form C—Lecture or similar production prepared for oral delivery.

Class D — Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F — Form F—Map.

Class G — Form G—Work of art or a model or design for a work of art.

Class H — Form H—Reproduction of a work of art.

Class I — Form I—Drawing or plastic work of a scientific or technical character.

Class J — Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M — Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

---

**FOR COPYRIGHT OFFICE USE ONLY**

Application received: AUG 14 1967

One copy received: AUG 14 1967

Two copies received:

Fee received: 12403 AUG 14 '67

Renewal:

U.S. GOVERNMENT PRINTING OFFICE : 1966 O—225-939

Page 2